UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS MILLER,

    Plaintiff,

                                                    Case No. 25-cv-12323
v.                                              Hon. Matthew F. Leitman

MELEVE, *et al.*,

    Defendants.

_____/

**ORDER DISMISSING PLAINTIFF'S
COMPLAINT (ECF No. 1) WITHOUT PREJUDICE**

In this action, Plaintiff Dennis Miller alleges that the Defendants violated his constitutional and statutory rights while he was incarcerated at the Cooper Correctional Facility in Jackson, Michigan. (*See* Compl., ECF No. 1.) At the time Miller filed his Complaint, he failed to either pay the required filing fee or file an application to proceed *in forma pauperis* ("IFP"). Accordingly, the Court ordered Miller to correct that deficiency by no later than September 10, 2025. (*See* Order, ECF No. 4.) The Court sent that deficiency order, and a notice of the Court's prisoner mediation program, to the address Miller provided the Court. (*See* ECF Nos. 2, 4.)

Miller has not responded to the Court's deficiency order. Nor has he contacted the Court to seek additional time to respond or paid the required filing fee.

1

Accordingly, because Miller has failed to comply with the deficiency order by paying the required filing fee or filing an application to proceed IFP, the Court **DISMISSES** Miller's Complaint (ECF No. 1) **WITHOUT PREJUDICE**.

 **IT IS SO ORDERED**.

             s/Matthew F. Leitman
             MATTHEW F. LEITMAN
             UNITED STATES DISTRICT JUDGE

Dated:  September 22, 2025

 I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 22, 2025, by electronic means and/or ordinary mail.

             s/Holly A. Ryan
             Case Manager
             (313) 234-5126